**In re Petition for DISCIPLINARY ACTION AGAINST Martin M. FITERMAN, an Attorney at Law of the State of Minnesota.**

No. C4–01–1506.

Supreme Court of Minnesota.

Sept. 26, 2001.

ORDER

The Director of the Office of Lawyers Professional Responsibility·has filed a petition for disciplinary action alleging that respondent Martin M. Fiterman has committed professional misconduct warranting public discipline, namely, respondent aided and abetted insider trading in violation of federal law, including 15 U.S.C. § 78j(b), 17 C.F.R. § 240.10b–5, 15 U.S.C. § 78ff(a), and 18 U.S.C. § 2(a) and (b), as evidenced by his agreement to plead guilty to these offenses, in violation of Rules 8.4(b) and (c), Minn. R. Prof. Conduct.

Respondent admits his conduct violated the Rules of Professional Conduct, waives his rights pursuant to Rule 14, Rules on Lawyers Professional Responsibility (RLPR), and has entered into a stipulation with the Director wherein they jointly recommend that the appropriate discipline is disbarment and payment of $900 in costs and disbursements pursuant to Rule 24, RLPR.

This court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Martin M. Fiterman is disbarred from the practice of law, effective immediately, and that he pay $900 in costs and disbursements pursuant to Rule 24, RLPR.

BY THE COURT
Paul H. Anderson
Associate Justice

■

**In re Petition for DISCIPLINARY ACTION AGAINST Richard G. DAY, an Attorney at Law of the State of Minnesota.**

No. C7–00–1117.

Supreme Court of Minnesota.

Oct. 1, 2001.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Richard G. Day has committed professional misconduct warranting public discipline, namely, practicing law after suspension, failing to return client property and failing to cooperate in the disciplinary proceedings in violation of Minn. R. Prof. Conduct 1.16(d), 5.5, and 8.1(a)(3) and Rule 25, Rules on Lawyers Professional Responsibility (RLPR).

Respondent admits his conduct violated the Rules of Professional Conduct, waives his rights under Rule 14, RLPR, and has entered into a stipulation with the Director wherein they jointly recommend that the appropriate discipline is an indefinite suspension with reinstatement conditioned upon a petition and hearing as set forth in Rule 18, RLPR, payment of costs in the amount of $900 under Rule 24, RLPR,

compliance with Rule 26, RLPR, successful completion of the professional responsibility examination under Rule 18(e), RLPR, and satisfaction of the continuing legal education requirements under Rule 18(e), RLPR.

This court has independently reviewed the file and approves the jointly recommended disposition.

IT IS HEREBY ORDERED that respondent Richard G. Day is indefinitely suspended from the practice of law with reinstatement conditioned on the agreed-upon terms set forth above. Respondent shall pay $900 under Rule 24, RLPR.

BY THE COURT
Paul H. Anderson
Associate Justice